UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31622 |
|---|---|
| WILLIAM JONES | (Chapter 13) |
| GLORIA L JONES | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4035530**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 11 | CREST FRUIT LP DBA RED COOPER<br>%CREDITORS CONTROL SYSTEMS INC<br>BOX 3172<br>MCALLEN, TX  78502 | 5.32 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/4/2010

Certificate of Service 06-31622

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

WILLIAM JONES
GLORIA L JONES
1235 ALWILDY AVENUE
DAYTON, OH  45408

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(11.1)
CREST FRUIT LP DBA RED COOPER
%CREDITORS CONTROL SYSTEMS INC
BOX 3172
MCALLEN, TX  78502

(24.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(22.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

Jeffrey M. Kellner BY          ___/s/ Jeffrey M. Kellner_____          sv